IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No.: 04-CV-0963-PSF-OES

ROBERT ARANDA,

Plaintiff,

v.

JOHN ASHCROFT, Attorney General, United States Department of Justice,

Defendant
_____

**ORDER RE: PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**
_____

Plaintiff's Unopposed Motion for Extension of Time (Dkt. # 48) is GRANTED.

The Plaintiff shall have to and until September 22, 2005 within which to file his

Response to Defendant's Motion for Summary Judgment and Brief in Support Thereof.

DATED: August 24, 2005.

BY THE COURT:

s/ Phillip S. Figa
_____
Phillip S. Figa
United Stated District Judge