IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00963-PSF-OES

ROBERT T. ARANDA,

Plaintiff(s),

vs.

JOHN ASHCROFT, Attorney General, U.S. Department of Justice,

Defendant(s).

---

**AMENDED ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  August 26, 2005

    For good cause shown, Defendant's Unopposed Motion to Substitute Exhibits be, and it hereby is, GRANTED.  The Clerk of the Court is directed to **SEAL the documents and exhibits attached to** Docket Entries 36-42, as those docket entries contain defendant's original exhibits in support of its motion for summary judgment.  Defendant's replacement exhibits, lodged with the Court in conjunction with Defendant's Unopposed Motion to Substitute Exhibits, are hereby ordered filed with the Court

    Dated at Denver this day of August 26, 2005

                                    BY THE COURT:

                                    s/ O. Edward Schlatter
                                    _____

O. Edward Schlatter
U.S. Magistrate Judge