IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-00963-PSF-OES

ROBERT T. ARANDA,

    Plaintiff,

v.

ALBERTO GONZALES, Attorney General, U.S. Department of Justice,

    Defendant.

## ORDER ON MOTION TO WITHDRAW AS ATTORNEYS FOR PLAINTIFF

This matter comes before the Court on the Motion to Withdraw as attorneys for plaintiff (Dkt. # 71), filed December 21, 2005.  The motion states that the attorneys seek permission to withdraw as counsel due to irreconcilable differences with plaintiff.  The motion dates these differences to no later than November 29, 2005, yet provides no explanation as to why the attorneys waited until December 21, 2005 to file the motion, or what created these alleged irreconcilable differences.  Moreover, on November 2, 2005, this matter was set for an eight-day jury trial to commence on March 6, 2006 at 1:30 p.m.  It is unclear what occurred between that date and November 29, 2005, that resulted in the purported irreconcilable differences.  The plaintiff's position on the motion to withdraw is unstated.

Counsel have offered to provide the Court with additional information relative to the matter, *in camera.*  Although this Court is ordinarily reluctant to conduct *in camera*

proceedings, under the circumstances and time schedule of this case it appears appropriate and necessary.

Accordingly, counsel for plaintiff are ordered to submit, *in camera*, no later than **January 13, 2006**, such additional information as they believe support the reasons for the requested permission to withdraw.

DATED: January 3, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge