IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-00963-PSF-OES

ROBERT ARANDA,

   Plaintiff,

v.

JOHN ASHCROFT, Attorney General, United States Department of Justice,

   Defendant.

## ORDER DIRECTING COUNSEL FOR PLAINTIFF, OR HIS FORMER COUNSEL, TO FILE EXHIBITS CITED IN BRIEF

This matter is before the Court, *sua sponte*, upon review of the Plaintiff's Response to Defendant's Motion for Summary Judgment (Dkt. # 60), filed September 30, 2005. Plaintiff's Response refers to various exhibits, cited in the response as Exhibits 1, 2, 3, 4, 5, 6 and 7 (Plaintiff's Response at 3-8). The electronic filing with the Court, however, contains only the 16 pages of the response and no exhibits. It appears that plaintiff's counsel, at the time they filed the response, failed to attach the referenced exhibits (or the exhibits were transmitted but somehow not received by the Court). Defendant noted this omission in its Reply Brief of October 26, 2005 (Dkt. # 67) at 6. However, nothing by way of exhibits or otherwise has been filed by plaintiff since that date clarifying the record.

Although counsel who filed the response on September 30, 2005 have withdrawn as counsel for the plaintiff, and may have no responsibility for the further

prosecution of this case, they are still officers of the Court and owe a duty to the Court and to their former client. "[A]n attorney who withdraws in the middle of a case owes a continuing duty of loyalty to his former client until completion of the matter . . . " *Capriotti v. Bell*, 1991 WL 22134 *6 (E.D. Pa., Feb. 19, 1991), citing *In re Corn Derivatives Antitrust Litigation*, 748 F.2d 157, 161 (3rd Cir. 1984), *cert. denied sub. nom. Cochrane & Bresnahan v. Plaintiff Class Representatives*, 472 U.S. 1008 (1985). The Court thus retains jurisdiction over withdrawn counsel as to their prior conduct in the case in such circumstances. *Cf. Cooter & Gell v. Hartmarx Corp.*, 496 U.S. 384, 395-96 (1990).

Therefore, plaintiff or his former counsel are ordered to file with the Court, and serve on defendant, the exhibits cited in the Plaintiff's Response <u>within ten days of this Order</u>. The Clerk of the Court is directed to send a copy of this Order to plaintiff's former counsel.

DATED: January 20, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge