IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-00963-PSF-OES

ROBERT T. ARANDA,

    Plaintiff,

v.

ALBERTO GONZALES, Attorney General, U.S. Department of Justice,

    Defendant.

## ORDER DISMISSING CASE

The above-captioned matter comes before the Court on the filing made by plaintiff, *pro se*, on February 8, 2006 (Dkt. # 79). In his letter to the Clerk of the Court, plaintiff states that he wishes "to withdraw" his case against defendant because he no longer has counsel and since he does not "have the money to go on with the fight." (*Id.* at 1). The defendant has filed a notice of non-opposition (Dkt. # 80) to the plaintiff's request.

The Court will treat plaintiff's filing (Dkt. # 79) as a motion to dismiss his action. Pursuant to Rule 41(a)(2), F.R.Civ.P., the motion is GRANTED and this case is DISMISSED with prejudice. The pending motion for summary judgment (Dkt. # 35) is DENIED as moot. The jury trial scheduled for March 6, 2006 and the final trial preparation conference set for February 24, 2006 are VACATED.

    DATED: February 9, 2006

                                                BY THE COURT:

                                                *s/ Phillip S. Figa*

                                                _____
                                                Phillip S. Figa
                                                United States District Judge